UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br> )<br>v. )<br> )<br>EARLE WARDON PHILLIPS, JR. )<br>a/k/a Ward Phillips )<br>    Defendant, )<br> )<br> )<br>SOUDAN FARMING COMPANY )<br>    Garnishee ) | No. 4:05CR00185-001 JM |

## ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the garnishee in the above-captioned case because the United States has been informed that the defendant is not employed by the garnishee.

IT IS HEREBY ORDERED AND ADJUDGED dismissed without prejudice.

Dated: April 25, 2017

_____
Honorable James Moody, Jr.
United States District Judge